### JOHN D. PARK & SONS CO. v. HUBBARD et al.

(Supreme Court, Appellate Division, First Department. November 12, 1909.)

Appeal from Special Term, New York County.

Action by John D. Park & Sons Company against Charles Hubbard and others. From an order directing the issuance of commissions, defendants appeal. Affirmed, as modified.

See, also, 119 N. Y. Supp. 347.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

N. B. Beecher, for appellants.
Alton B. Parker, for respondent.

PER CURIAM. The order appealed from should be modified, by striking from the sixth paragraph thereof the words: "The plaintiff to have leave, upon both such direct and redirect examination, to examine said witnesses as upon the examination of an adverse party," and also by striking from the end of said order the words: "The plaintiff to have the right to propound interrogatories as upon the examination of an adverse party."

As so modified, the order is affirmed, without costs.